UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DAMIONE BROCK | CIVIL ACTION NO. 15-cv-2586 |
| VERSUS | CHIEF JUDGE HICKS |
| N. BURL CAIN, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Petitioner filed a petition for writ of habeas corpus that attacked his state court convictions on the grounds that the state courts improperly denied his motion to suppress based on Fourth Amendment arguments. Petitioner argues that the State knowingly used altered surveillance video evidence at the suppression hearing. He has filed a Motion for Disclosure (Doc. 13) that asks the court to order the district attorney to provide the court with the surveillance video evidence for consideration at a hearing. The undersigned has recently issued a Report and Recommendation that explained that the claims asserted in the petition are barred from habeas review under the doctrine of Stone v. Powell, 96 S.Ct. 3037 (1976). Accordingly, the **Motion for Disclosure (Doc. 13) is denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 21st day of March, 2018.

Mark L. Hornsby
U.S. Magistrate Judge